UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  Case No. 16-41795 RLE
R.S. No. APN-2906

ERIC JOHNSON, II  Date: August 17, 2016
aka Eric Johnson and  Time: 1:30 p.m.    Ctrm: #201
LEIROSCHELLE JOHNSON,  1300 Clay Street,
Oakland, CA

Debtors.
_____/

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section D as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

**A**  Date Petition Filed: 06/28/2016    Chapter: 13
Prior hearings on this obligation:    Last Date to File §532/§727 Complaints:
8/11/16=341 Meeting    10/11/16

**B**  Description of personal property collateral (e.g. 1983 Ford Taurus): 2014 DODGE DART,
V.I.N. 1C3CDFDH7ED919843

Secured Creditor  X   or Lessor  ___

Fair market value: $11,050.00    Source of value: NADA Official Used Car Guide
Contract Balance: $23,410.45    Pre-Petition Default: $ 2,361.18
Monthly Payment: $555.87    No. of months: 4 (Feb.-May 2016)
Insurance Advance: $ N/A    Post-Petition Default: $ 555.87
    No. of months: 1 (June 2016)

**C**  Description of real property collateral (e.g. Single family residence, Oakland, CA.):

Fair market value: $_____    Source of value:
    If appraisal, date:
Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $_____    Pre-Petition Default: $
As of (date): _____    No. of months:
Mo. payment: $_____    Post-Petition Default: $
Notice of Default (date): _____    No. of months:
Notice of Trustee's (Sale): _____    Advances Senior Liens: $

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | No. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: | | | |
| 2nd Trust Deed: | | | |
| _____: | | | |
| | (Total) | (Total) | |

**D**  Other pertinent information: **Pursuant to Debtor's Chapter 13 Plan, Debtor intends to surrender possession of the property to Secured Creditor and Secured Creditor is in possession of the property at this time.**

Dated: August 1, 2016    Signature  /s/ Austin P. Nagel
    Austin P. Nagel
    Type or Print Name
    Attorney for WELLS FARGO BANK, N.A.,
    dba WELLS FARGO DEALER SERVICES